AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )                Case No. 19-sw-203
A Red Apple iPhone Bearing IMEI Number )
353055102473227 and MPD Property Number )
10880996 that is currently in the possession of MPD ... )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein.

located in the _____ District of ____Columbia____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a firearm and ammunition by a person previously convicted of a crime punishable in excess of twelve months |

The application is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Merissa McCaw, MPD Police Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: 05/28/2019

*Judge's signature*

City and state: Washington, D.C.        G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means       ☐ Original       ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19-sw-203
A Red Apple iPhone Bearing IMEI Number )
353055102473227 and MPD Property Number )
10880996 that is currently in the possession of MPD ... )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 7, 2019_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Magistrate Judge G. Michael Harvey_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   05/28/2019 3:00 pm
                                                                                   *Judge's signature*

City and state:   Washington, D.C.          G. Michael Harvey, United States Magistrate Judge
                                                                           *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 19-sw-203 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                        _____
                            *Executing officer's signature*

                        _____
                              *Printed name and title*

## **ATTACHMENT A (TARGET DEVICE)**

The property to be searched is a Red Apple iPhone bearing IMEI number 353055102473227 and MPD property number 10880996 that is currently in the possession of the Metropolitan Police Department in Washington, D.C.

## **ATTACHMENT B**

The items to be seized are all evidence, contraband, fruits of crime, or other items, used in the commission of a firearm offense in violation of 18 U.S.C. § 922(g) (the "TARGET OFFENSE"), including, but not limited to: call logs, phone books, photographs, voice mail messages, text messages, images and video, Global Positioning System data, and any other stored electronic data that:

(i)    reflects communications relating to the use, possession of, access to, transfer, need for, trafficking in, or purchase of a firearm, and specifically, the firearm in this case;

(ii)   contains photographs of firearms and specifically the firearm in this case;

(iii)  reflects the ownership and use of the TARGET DEVICE;

(iv)   reflects communications between Brandon Lee and other individuals who may have assisted or provided support in the obtaining of a firearm;

(v)    documents or contains evidence of the obtaining, secreting, transfer, expenditure, and/or the concealment of a firearm;

(vi)   documents or contains evidence of the illegal purchase of firearms and the locations of those purchases; and

(vii)  identifies google searches for firearms and firearms paraphernalia.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A RED APPLE IPHONE BEARING IMEI NUMBER 353055102473227 AND MPD PROPERTY NUMBER 10880996 THAT IS CURRENTLY IN THE POSSESSION OF MPD IN WASHINGTON, D.C. | No. 19-sw-203 |

### AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR A CELLULAR PHONE

I, Merissa McCaw, a Police Officer with the Metropolitan Police Department (MPD) (hereinafter, "your affiant"), being duly sworn, depose, and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of a red Apple iPhone, which bears international mobile equipment identity (IMEI) number 353055102473227 and unique MPD property number 10880996, and which is currently in the possession of MPD in Washington, D.C. (the "TARGET DEVICE"), as further described in Attachment A (incorporated by reference), and the extraction from that cellular phone of electronically stored information as described in Attachment B (incorporated by reference). The cellphone was on the person of Brandon Lee when he was arrested by law enforcement in Washington, D.C. on April 21, 2019 after a loaded firearm was recovered from his vehicle that he was operating at the time.

2. This Court has the authority to issue the requested search warrant because it is a court that has jurisdiction over the offense being investigated in this matter, which is detailed below, and the TARGET DEVICE is present in this jurisdiction.

1

3. Your affiant has been an MPD officer for over five years and is currently assigned to the Narcotics Special Investigations Division (NSID)'s Gun Recovery Unit (GRU). In this capacity, your affiant has participated in dozens of investigations, arrests, and seizures of firearms and narcotics in the District of Columbia.

4. Since this affidavit is being submitted for the limited purpose of obtaining a search warrant for the TARGET DEVICE, I have not set forth every fact learned during the course of this investigation. I make this affidavit based, in part, on my personal knowledge and observations derived from my participation in this investigation, information provided by other law enforcement officers, reports and data provided by other officers, which I have read and reviewed, and, in part, upon information and belief.

**AFFIANT'S KNOWLEDGE, TRAINING, AND
EXPERIENCE RELATING TO CELLULAR PHONES**

5. Based on your affiant's knowledge, training, and experience, a cellular telephone or mobile telephone is a handheld wireless device used primarily for voice communication through radio signals. These telephones send signals through networks of transmitter/receivers called "cells," enabling communication with other cellular telephones or traditional "land line" telephones. A cellular telephone usually includes a "call log," which records the telephone number, date, and time of calls made to and from the phone.

6. In addition to enabling voice communications, cellular telephones offer a broad range of capabilities. These capabilities include, but are not limited to: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and email; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and

accessing and downloading information from the Internet. In this capacity, your affiant knows that a cellular phone has capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, audio and video recording device, and personal digital assistant (PDA), and can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. Even when a user deletes information from a cellular phone, it can sometimes be recovered with forensics tools.

7. In your affiant's training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

8. Your affiant also knows that those involved in criminal activities take, or cause to be taken, photographs of themselves, their associates, and property derived from their criminal activities, on cellular telephones.

9. Your affiant has consulted with forensic cellular phone examiners who regularly conduct examinations of cellular phones and has learned that conducting cellular phone examinations is a highly technical process using specific tools for which the examiners receive training.

**AFFIANT'S KNOWLEDGE OF CELLPHONES
REGARDING THE POSSESSION OF FIREARMS**

10. Based on your affiant's knowledge, training, and experience, many cell phones have picture-taking devices on them. My law enforcement training and experience indicates that people who possess firearms like to take pictures of themselves with firearms to prove ownership or possession of a particular firearm to their associates and friends. They will use a camera, cell

3

phone with a camera, tablets with a camera and or personal computers to photograph and store photographs of firearms or themselves holding the firearm. These pictures or videos are excellent evidence of illegal gun possession and a target's familiarity with or access to firearms.

11. Moreover, cellphones can contain communications relating to the acquisition of firearms by those who cannot possess firearms legally, including the transmission of photographs of firearms available for purchase, with accompanying price information.

### IDENTIFICATION OF THE TARGET DEVICE TO BE EXAMINED AND REQUESTED SEARCH WARRANT

12. The TARGET DEVICE to be searched is a cellphone, as described in Attachment A, which was recovered by MPD on April 21, 2019, following the lawful arrest of Brandon LEE on a firearm charge, and which bears IMEI number 353055102473227 and unique MPD property number 10880996 that was assigned to the TARGET DEVICE once it was taken into MPD evidence immediately upon LEE's arrest.

13. Your affiant is aware that on April 24, 2019, a grand jury for the U.S. District Court for the District of Columbia returned an Indictment that charged LEE with one count of possession of a firearm and ammunition by a person previously convicted of a crime punishable in excess of twelve months in the matter of *United States v. Brandon Lee*, 19-cr-140-RMC and alleged LEE's unlawful possession of a firearm and ammunition on April 21, 2019, as discussed herein.

14. As discussed further below, your affiant believes that there is probable cause that the TARGET DEVICE (as described in Attachment A, as incorporated herein), contains evidence of the offense of possession of a firearm and ammunition by a person previously convicted of a crime punishable in excess of twelve months, in violation of 18 U.S.C. § 922(g) ("TARGET OFFENSE") (as described in Attachment B, as incorporated herein).

**PROBABLE CAUSE**

15. On April 21, 2019, members of the Narcotics and Special Investigations Division (NSID)'s Gun Recovery Unit (GRU), including your affiant, were on patrol in the 2300 block of Good Hope Road, Southeast, Washington, D.C., when they observed a silver Mercedes (Virginia Tag: 49675K) with heavy window tint.

16. While preparing to conduct a traffic stop on the vehicle, the driver and sole occupant of the vehicle, later determined to be Brandon LEE, pulled into the 2300 block of Altamont Place, Southeast in Washington, D.C., pulled over, and parked the vehicle. A subsequent check of the vehicle confirmed that the vehicle was registered to LEE.

17. Officers conducted the traffic stop and made contact with LEE. Officers asked LEE to step out of the vehicle, to which he refused. LEE was assisted by officers out of the vehicle. While a WALES/NCIC check of LEE was being conducted and the Notice of Infraction for the window tint was being completed, a MPD canine officer and his K9 arrived on scene and conducted an outer sweep of the aforementioned vehicle. The K9 gave a trained indication on the vehicle for the presence of firearms.

18. While searching the vehicle, officers recovered a black semi-automatic pistol from the center console of the vehicle occupied by LEE. LEE was placed under arrest and transported to the Sixth District for processing.

19. The firearm recovered was a black in color Smith & Wesson, M&P9C, .9 millimeter semi-automatic pistol and loaded with one round in the chamber and eleven rounds in the magazine. A review of LEE's criminal history indicates a prior conviction for "Robbery While Armed Pistol" in District of Columbia Superior Court matter 2007-CF3-20853, which is an offense

punishable in excess of twelve months. Your affiant is also aware that there are no gun manufacturers in the District of Columbia.

**ANTICIPATED EVIDENCE ON TARGET DEVICE**

20.     The execution of a search warrant on the TARGET DEVICE would allow law enforcement to, among other things, obtain information that: (i) reflects communications relating to the use, possession of, access to, transfer, need for, trafficking in, or purchase of a firearm, and specifically, the firearm in this case; (ii) contains photographs of firearms and specifically the firearm in this case; (iii) reflects the ownership and use of the TARGET DEVICE; (iv) reflects communications between Brandon LEE and other individuals who may have assisted or provided support in the obtaining of a firearm; (v) documents or contains evidence of the obtaining, secreting, transfer, expenditure, and/or the concealment of a firearm; (vi) documents or contains evidence of the illegal purchase of firearms and the locations of those purchases; and (vii) identifies google searches for firearms and firearms paraphernalia.

**CONCLUSION**

21.     Based upon the above-referenced facts, your affiant asserts that there is probable cause to believe that the TARGET DEVICE (as described in Attachment A) contains evidence of the TARGET OFFENSE (as described in Attachment B).

22.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41. I further request that the Court permit the search warrant to be executed at any time given that the TARGET DEVICE is contained on the

premises of MPD in Washington, D.C.

                                                      Merissa McCaw, Officer
                                                      Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 based on information communicated by telephone on this 28th day of May, 2019.

                                                      G. Michael Harvey,
                                                      United States Magistrate Judge
                                                      for the District of Columbia